STATE of Missouri, Respondent,

v.

Alvin A. MILLS, Appellant.

No. WD 59128.

Missouri Court of Appeals,
Western District.

Dec. 18, 2001.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 29, 2002.

Application for Transfer Denied
March 19, 2002.

Susan L. Hogan, Appellate Defender,
Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Breck K. Burgess, Audara L. Charlton,
Asst. Attys. Gen., Jefferson City, for respondent.

Before JAMES M. SMART, JR.,
Presiding Judge, HAROLD L.
LOWENSTEIN, Judge and JOSEPH M.
ELLIS, Judge.

### *ORDER*

PER CURIAM.

Appellant Alvin A. Mills appeals from
his conviction by jury of murder in the
second degree, § 565.021,[1] armed criminal
action, § 571.015, and burglary in the second degree, § 569.170. No jurisprudential
purpose would be served by a formal written opinion. However, a memorandum explaining the reasons for our decision has
been provided to the parties.

Judgment affirmed. Rule 30.25(b).

1. All statutory references are RSMo 2000 un-     less otherwise noted.